UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 13-60832-CIV-MORENO

FASTWAY MOVING AND STORAGE, INC.,

    Plaintiff,

vs.

FRANCISCO JOSE EGUIGUREN UGARTE,

    Defendant.
_____/

## ORDER DISMISSING COUNTS I AND III OF THE COMPLAINT

THIS MATTER is before the Court upon a *sua sponte* review of the record. It is

**ADJUDGED** that Counts I and III of the complaint are DISMISSED without prejudice. Plaintiff failed to amend its complaint to clarify the causes of action entitling it to injunctive relief by **August 8, 2013**, as ordered by the Court in its **July 26, 2013** Order Granting in Part and Denying in Part Defendant's Motion to Dismiss and Denying Defendant's Motion to Strike the Plaintiff's Complaint **(D.E. 23)**. Accordingly, Counts I and III of the complaint are DISMISSED without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of August, 2013.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record